The People of the State of New York, Respondent, 
against
Lonnie Mackey, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Diana M. Boyar, J.), rendered May 20, 2013, after a nonjury trial, convicting him of sexual abuse in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Diana M. Boyar, J.), rendered May 20, 2013, affirmed.
The verdict convicting the defendant of sexual abuse in the third degree (Penal Law § 130.55) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the trial court's determinations concerning credibility, including its evaluation of minor inconsistencies in the testimony of the eyewitness police officers, and its assessment of a video recording of the incident. In this regard, we note that while the video evidence captured was not conclusive, the court had the benefit of seeing this evidence in the context of contemporaneous testimony of the officers who witnessed the incident. Nor was the officers' account of the incident so implausible as to be incredible as a matter of law (see People v Garafolo, 44 AD2d 86, 88 [1974]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 20, 2019